# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2742

_____

| | | |
|---|---|---|
| Janet Elizabeth Moore, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Wal-Mart Stores East, LP, | * | |
| also known as Wal-Mart, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: November 26, 2010
Filed: December 2, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Janet Moore appeals the District Court's[1] adverse grant of summary judgment in her employment-discrimination action against Wal-Mart Stores East, LP. After careful de novo review, see Murphy v. Mo. Dep't of Corr., 372 F.3d 979, 982 (8th Cir. 2004), we affirm for the reasons explained by the District Court in its thorough opinion. Accordingly, we affirm the judgment of the District Court. See 8th Cir. R. 47B.

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.